**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lorenzo Lawon AVERY, Defendant–**
**Appellant.**

**No. 12–14692**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 29, 2013.

Susan Hollis Rothstein–Youakim, James A. Muench, Robert E. O'Neill, Joseph W. Swanson, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Craig L. Crawford, Donna Lee Elm, Federal Public Defend-

er's Office, Orlando, FL, for Defendant–Appellant.

Before CARNES, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Lorenzo Lawon Avery in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Avery's conviction and sentence are **AFFIRMED**.